

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAYMUNDO NETTLES, | § | No. 08-19-00187-CR |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 34th District Court |
| | § | |
| THE STATE OF TEXAS, | | of El Paso County, Texas |
| | § | |
| State. | | (TC# 20180D02785) |
| | § | |

## **O R D E R**

The Court GRANTS the Appellant's fourth motion for extension of time within which to file the brief until **May 10, 2020.**

It is further ORDERED that the Hon. Joseph D. Vasquez, Appellant's attorney, prepare the Appellant's brief and forward the same to this Court on or before May 10, 2020.

IT IS SO ORDERED this 22nd day of April, 2020.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.